JAN P. WEIR, (S.B. 106652)
STEVEN M. HANLE, (S.B. 168876)
JENNIFER A. TRUSSO, (S.B. 198579)
NICOLE A. VARNER, (S.B. 229521)
STRADLING YOCCA CARLSON & RAUTH
A Professional Corporation
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725-4000
Fax: (949) 725-4100
e-mail: jweir@sycr.com

Attorneys For Defendant and Counterclaimant
AMPHASTAR PHARMACEUTICALS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| AVENTIS PHARMA S.A., and AVENTIS PHARMACEUTICALS, INC.,<br><br>Plaintiffs<br><br>v.<br><br>AMPHASTAR PHARMACEUTICALS, INC., and TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendants<br><br>AND RELATED COUNTER CLAIMS | CASE NO. EDCV03-887 RT(SGLX) (Consolidated for all purposes with Case No. EDCV04-333 RT(SGLx))<br><br>[PROPOSED] ORDER GRANTING AMPHASTAR'S EX PARTE APPLICATION TO FILE DOCUMENTS UNDER SEAL |

Defendant Amphastar Pharmaceuticals, Inc. having made an application to file under seal the following documents:

1. DEFENDANT AMPHASTAR PHARMACEUTICALS, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION FOR ATTORNEYS' FEES AND NON-TAXABLE EXPENSES;

-1-

2. DECLARATION OF JAN P. WEIR IN SUPPORT OF DEFENDANT AND COUNTERCLAIMANT AMPHASTAR'S MOTION FOR ATTORNEYS' FEES AND NON-TAXABLE EXPENSES

3. DECLARATION OF STEVEN M. HANLE IN SUPPORT OF DEFENDANT AND COUNTERCLAIMANT AMPHASTAR'S MOTION FOR ATTORNEYS' FEES AND NON-TAXABLE EXPENSES.

4. DECLARATION OF NICOLE A. VARNER IN SUPPORT OF DEFENDANT AND COUNTERCLAIMANT AMPHASTAR'S MOTION FOR ATTORNEYS' FEES AND NON-TAXABLE EXPENSES.

WHEREAS there is good cause shown as set forth in the Application to seal the aforementioned documents, the Court hereby GRANTS Amphastar's application to file the aforementioned documents under seal.

IT IS SO ORDERED.

Dated: 8/9/05

United State District Court Judge
Honorable Robert J. Timlin

Presented by:

Jan P. Weir
Steven M. Hanle
Jennifer A. Trusso
Nicole A. Varner
Attorneys for Defendant and Counterclaimant
AMPHASTAR PHARMACEUTICALS, INC.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-2-

[PROPOSED] ORDER GRANTING EX PARTE TO FILE UNDER SEAL
DOCSOC/1122938v1/14312-0001

## PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       ) ss
COUNTY OF ORANGE       )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Stradling Yocca Carlson & Rauth, 660 Newport Center Drive, Suite 1600, Newport Beach, CA 92660-6422. On August 8, 2005, I served the within document(s):

**[PROPOSED] ORDER GRANTING AMPHASTAR'S EX PARTE APPLICATION TO FILE DOCUMENTS UNDER SEAL**

☐ I caused the above-referenced document to be transmitted via facsimile to the parties as listed on the attached service list.

☒ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by placing the document(s) listed above in a sealed FEDERAL EXPRESS package for overnight delivery at Newport Beach, California addressed as set forth on the attached service list.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on August 8, 2005, at Newport Beach, California.

_____
Terry L. Kuester

# SERVICE LIST

## AVENTIS v. AMPHASTAR
USDC – Central District of CA – Eastern Division
Case No. EDCV03-887 RT (SGLx)

| | |
|---|---|
| Anthony G. Brazil, Esq.<br>Megan W. Wynne, Esq.<br>MORRIS, POLICH & PURDY, LLP<br>1055 West Seventh Street, 24th Floor<br>Los Angeles, CA 90017<br>T: 213-891-9100/F: 213-488-1178<br>dridge@mpplaw.com | **VIA PERSONAL SERVICE** |
| Donald R. Dunner, Esq./Allen M. Sokal, Esq.<br>Esther H. Lim, Esq./Geoffrey C. Mason, Esq.<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, L.L.P.<br>901 New York Avenue, NW<br>Washington, D.C. 20001<br>T: 202-408-4000/F: 202-408-4400<br>geoff.mason@finnegan.com<br><br>*Attorneys for Plaintiffs*<br>*Aventis Pharma S.A., and Aventis Pharmaceuticals, Inc.* | **VIA FEDERAL EXPRESS** |
| Edith Ramirez, Esq.<br>QUINN EMANUEL URQUHART<br>OLIVER & HEDGES, LLP<br>865 South Figureroa Street, 10th Floor<br>Los Angeles, CA 90017-2543<br>T: 213-443-3000/F: 213-443-3100<br>edithramirez@quinnemanuel.com | **VIA PERSONAL SERVICE** |
| Francis C. Lynch, Esq.<br>PALMER & DODGE, L.L.P.<br>111 Huntington Avenue @ Prudential Center<br>Boston, MA 02199-7613<br>T: 617-239-0100/F: 617-227-4420<br>FLynch@palmerdodge.com<br>lgill@palmerdodge.com<br><br>*Attorneys for Defendant*<br>*Teva Pharmaceuticals USA, Inc.* | **VIA FEDERAL EXPRESS** |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

[PROPOSED] ORDER GRANTING EX PARTE TO FILE UNDER SEAL

DOCSOC/1122938v1/14312.0001