Donald L. Ridge (SBN 132171)
MORRIS, POLICH & PURDY, LLP
1055 West Seventh Street, 24th Floor
Los Angeles, California 90017
Telephone: (213) 891-9100
Facsimile: (213) 488-1178
Email: dridge@mpplaw.com

Donald R. Dunner (*pro hac vice*)
Allen M. Sokal (*pro hac vice*)
Bryan C. Diner (*pro hac vice*)
Esther H. Lim (*pro hac vice*)
Michael J. McCabe II (*pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, District of Columbia 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400
Emails:
donald.dunner@finnegan.com
allen.sokal@finnegan.com
bryan.diner@finnegan.com
esther.lim@finnegan.com
michael.mccabe@finnegan.com

Attorneys for Plaintiffs
AVENTIS PHARMA S.A. and
AVENTIS PHARMACEUTICALS INC.

[Additional counsel listed on next page]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| AVENTIS PHARMA S.A. and AVENTIS PHARMACEUTICALS INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMPHASTAR PHARMACEUTICALS, INC. and TEVA PHARMACEUTICALS USA, INC., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | CONSOLIDATED CASES: <br> No. EDCV-03-887 MRP (PLAx) & <br> No. EDCV-04-333 MRP (PLAx) <br><br> [Hon. Mariana R. Pfaelzer] <br><br> **NOTICE OF ASSOCIATION OF COUNSEL FOR PLAINTIFFS AVENTIS PHARMA S.A. AND AVENTIS PHARMACEUTICALS INC.** |

Gibson, Dunn & Crutcher LLP

M. Sean Royall (*pro hac vice* application filed concurrently)
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, Texas  75201-6912
Telephone: (214) 698-3256
Facsimile:  (214) 571-2923
Email: sroyall@gibsondunn.com

Mark A. Perry (SBN 212532)
Joshua Lipton (*pro hac vice* application filed concurrently)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., N.W.
Washington, D.C.  20036-5306
Telephone:  (202) 955-8500
Facsimile:   (202) 467-0539
Emails:
mperry@gibsondunn.com
jlipton@gibsondunn.com

Christopher D. Dusseault (SBN 177557)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Ave.
Los Angeles, California  90071
Telephone: (213) 229-7855
Facsimile:  (213) 229-6855
Email: cdusseault@gibsondunn.com

Attorneys for Plaintiffs

///

///

///

PLEASE TAKE NOTICE that M. Sean Royall, Mark A. Perry, Christopher D. Dusseault, and Joshua Lipton of the law firm of Gibson, Dunn & Crutcher LLP are hereby associated with the law firms of Morris, Polich & Purdy LLP and Finnegan, Henderson, Farabow, Garrett & Dunner LLP as counsel for Plaintiffs Aventis Pharma S.A. and Aventis Pharmaceuticals Inc. in the above referenced matter.

PLEASE TAKE FURTHER NOTICE that Plaintiffs request that, in addition to the counsel listed above representing Plaintiffs, service of all pleadings, briefs, and other matters in this action also be served upon:

| | |
|---|---|
| Mark A. Perry<br>Joshua Lipton<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Ave., N.W.<br>Washington, D.C. 20036-5306<br>Telephone: (202) 955-8500<br>Facsimile: (202) 467-0539<br>Emails:<br>mperry@gibsondunn.com<br>jlipton@gibsondunn.com | Christopher D. Dusseault<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Ave.<br>Los Angeles, California 90071<br>Telephone: (213) 229-7855<br>Facsimile: (213) 229-6855<br>Email: cdusseault@gibsondunn.com |

M. Sean Royall
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, Texas 75201-6912
Telephone: (214) 698-3256
Facsimile: (214) 571-2923
Email: sroyall@gibsondunn.com

Dated: December 4, 2008          Respectfully submitted,

                                          GIBSON, DUNN & CRUTCHER LLP
                                          M. Sean Royall
                                          Mark A. Perry
                                          Christopher D. Dusseault
                                          Joshua Lipton

                                          By: /s/ Christopher Dusseault

                                          Attorneys for Plaintiffs,
                                          AVENTIS PHARMA S.A. and
                                          AVENTIS PHARMACEUTICALS INC.

Gibson, Dunn & Crutcher LLP

3